**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 23-cv-02136 |
| | ) | |
| REIT 4101, LLC, d/b/a Springhill Suites by | ) | Judge Pallmeyer |
| Marriott Chicago Waukegan/Gurnee | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT
IN LIEU OF JOINT PLANNING REPORT**

    The Plaintiff, Howard Cohan, hereby moves this Court to enter an order of default against the Defendant REIT 4101, LLC, d/b/a Springhill Suites by Marriott Chicago-Waukegan/Gurnee for failing to appear and answer the Complaint within the time required after service. In support of this Motion, the Plaintiff states as follows:

1. This action was filed on April 5, 2023 pursuant to Title III of The Americans with Disabilities Act, 42 U.S.C. §12182 et. seq., ("ADA") as it pertains to disabled persons' access to places of public accommodations, specifically, the Defendant's hotel commonly known as the Springhill Suites by Marriott Chicago located at 4101 Fountain Square Place, Waukegan, Illinois 60085.[Dkt#1]

2. In his Complaint, Plaintiff claims that the Defendant has discriminated against him and other persons with disabilities by maintaining barriers in specifically identified areas including the passenger drop off area [Complaint Par. 23], the general area of the men's restroom and the accessible stall area of the men's restroom. [Id. Par 24, 25] For relief, the Plaintiff seeks an

injunction requiring the removal of the barriers, together with his costs incurred in the litigation including attorneys' fees, expert witness fees, and court costs. [Dkt#1]

3. This Court is vested with original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the case involves federal questions arising under the Americans with Disabilities Act, 42, U.S.C. § 12101 *et seq*

4. On April 5, 2023, Plaintiff sent Defendant a waiver of summons which the Defendant was required to return by May 5, 2023. [Dkt#3] It was not returned.

5. Plaintiff was unable to serve the Defendant's registered agent either at the registered office or at the hotel. [Dkt # 5] Accordingly, Plaintiff had an alias summons issued which was directed to the Illinois Secretary of State as the statutory agent for the Defendant.

6. The Defendant was served through the Illinois Secretary of State on June 7, 2023 and Defendant's appearance and answer were due June 28, 2023. [Dkt#6 and Exhibit A hereto]

7. On June 26, 2023, this Court granted the Plaintiff's Motion to extend the time for the parties to file a joint planning report to July 12, 2023 after defendant was required to appear and answer the Complaint. [Dkt#8]

8. Despite service through the Illinois Secretary of State and by certified mail, the Defendant has failed to appear and answer the Complaint within the time required nor has it contacted the Plaintiff's counsel to request additional time or filed a motion for additional time.

9. By failing to appear and answer the Complaint within the time required, the Defendant has admitted the allegations in the Complaint and an order of default is proper.

Wherefore, the Plaintiff requests that this Court enter an order of Default against the Defendant  REIT 4101, LLC, d/b/a Springhill Suites by Marriott Chicago-Waukegan/Gurnee

and to set this matter for proof of plaintiff's entitlement of the relief sought on a date convenient

to the Court and to grant such further relief it deems just an appropriate.

HOWARD COHAN

By:  /s/   *Marshall J. Burt*
         His attorneys

Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL60605
312-584.3833
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, do hereby certify that I served a true and correct copy of the foregoing Motion for Default upon:

REIT 4101, LLC, d/b/a Springhill Suites by Marriott Chicago-Waukegan/Gurnee
c/o Chris Patel, registered agent
360 JENNIFER LN
ROSELLE , IL 60172

And

Chris Patel, Manager
Springhill Suites by Marriott Chicago
4101 Fountain Square Place
Waukegan, Illinois 60085

By depositing same at the U.S. Post Office located at 2035 S State St, Chicago, IL 60616, postage fully prepaid at St, Chicago, IL 60602 on July 10, 2023.


*Marshall J. Burt*

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

ALIAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.                                ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____                              May 30, 2023
                                                     _____
(By) DEPUTY CLERK                                    DATE

| Form **LLC-1.50**<br>September 2013<br><br>**Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.ilsos.gov<br><br>**Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void.** | **Illinois Limited Liability Company Act**<br><br>**Affidavit of Compliance for<br>Service on Secretary of State**<br><br>**SUBMIT IN DUPLICATE**<br>Type or Print Clearly<br><br>**This space for use by Secretary of State.**<br><br>Filing Fee: $5<br>Approved: _SK_ | FILE # *1211/428*<br>This space for use by Secretary of State.<br><br>**FILED**<br>JUN - 7 2023<br>ALEXI GIANNOULIAS<br>SECRETARY OF STATE |

1. Name of Limited Liability Company being served: _____
   REIT 4101 LLC _____

2. Title of Case and Case Number:

   HOWARD COHAN _____     First Named Plaintiff

   REIT 4101, LLC _____ v. _____     First Named Defendant     Number: 23-CV-02136 _____

3. Title of Court in which an action, suit or proceeding has been commenced: U.S. DISTRICT COURT, ND, ILL

4. Title of Instrument being served: _Alias_ summons, Complaint

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certi-fied or registered mail: REIT, LLC c/o Chris Patel, Registered Agent, 360 Jennifer Ln., Roselle, IL 60172 _____

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☑ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.  See attached Affidavit of Service
   b. ☐ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on _____; the conditions of paragraphs
        Month, Day, Year
        a and b above exist; and the action, suit or preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____; the conditions of a. or
        Month, Day, Year
        b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____
        Month, Day, Year

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____     May 30 _____ , 2023 .
   Signature of Affiant                Month/Day                Year

   Marshall J. Burt
   Name (print)

   ( 312 ) 854-3833
   Telephone Number

   **RETURN TO: (Please type or print clearly.)**

   Marshall J. Burt
   Name

   1338 S. Federal # L
   Street

   Chicago, IL 60602
   City, State, ZIP

   **TENDERED CHICAGO<br>CORP. DEPARTMENT**

   JUN 0 1 2023

   ACCEPTANCE AND "FILED" DATE<br>ESTABLISHED ONLY AFTER<br>REVIEW

Printed by authority of the State of Illinois. December 2017 — 1 — LLC 13.8



CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 23-cv-02136

Howard Cohan

vs.                                                                                        Plaintiff

Reit 4101, LLC d/b/a Springhill Suites by Marriott Chicago Waukegan/Gurnee

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Reit 4101, LLC d/b/a Springhill Suites by Marriott Chicago Waukegan/Gurnee**, at 360 **Jennifer Lane, Roselle, IL 60172**, with the **Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 05/10/2023 | 05:50 PM | Address is a single 2 story home. No vehicles present. Drapes, doors and windows are closed. No mail in mailbox. There are lights on inside the home. No answer at door. Delivery notice posted front door. |
| 05/13/2023 | 10:30 AM | Door was answered by a female (ME/F/50 YOA) who identified herself Seama Patel. She told me she is the defendant Chris Patel's mother. At first she tried to tell me defendant does not live at the house and she has no contact with defendant, she said he is estranged. After asking her where does he live and if she has a contact number for him I did not feel she was being truthful. I told her if she is not telling the truth and fabricating the fact she does not no where he is, she could get in trouble. She than changed her story and told me he does live at the house however is very rarely here. She said he does spend a lot of time at the hotel in Gurnee. I asked when he will be home again and she said she really does not know. |
| 05/16/2023 | 11:22 AM | Defendant called the delivery line from (224) 875-0614 and asked that he be given a call back at (847) 592-6218 to setup service. |
| 05/16/2023 | 08:30 PM | I called the defendant number 847-592-6218. I got a voicemail message from Next Generation Hotels. I left a message for defendant to return call. |
| 05/18/2023 | 06:05 PM | Drapes, doors and windows are closed. No vehicles visible. I did not get answer when ringing bell and knocking on front door. I called the defendant number 847-592-6218. I got a voicemail message from Next Generation Hotels. I left another message for defendant to return call. I have not received a return call from previous message I left. |
| 05/20/2023 | 10:35 AM | No change at address. Drapes, doors and windows are closed. No vehicles visible. I did not get answer when ringing bell and knocking on front door. I called the defendant number 847-592-6218. I got a voicemail message from Next Generation Hotels. I left another message for defendant to return call. I have not received any return call from previous message I left. |
| 05/22/2023 | 07:35 PM | Attempt at address no change. Drapes, doors and windows are closed. No vehicles visible. I did not get answer when ringing bell and knocking on front door. I called the defendant number 847-592-6218. I got a voicemail message from Next Generation Hotels. I left another message for defendant to return call. I have not received any return call from previous messages I left. |
| 05/24/2023 | 07:30 AM | No change at address. Drapes, doors and windows are closed. No vehicles visible. I did not get answer when ringing bell and knocking on front door. I called the defendant number 847-592-6218. I got a voicemail message from Next Generation Hotels. I left another message for defendant to return call. I have not received any return call from previous messages I left. |

**CLIENT: Law Offices of Marshall J. Burt**
FILE #:

Job #: 526038



Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 5/25/2023.

_____

Craig Palmer
Registration No: 117-001119

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

REIT, LLC
c/o Chris Patel, Reg. Agent
360 Jennifer Ln.
Roselle, IL 60172

9590 9402 6989 1225 7184 19

2. Article Number (Transfer from service label)

7003 0500 0002 2052 1867

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _PATEL_  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_PATEL_   6/5

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt