# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 23-cv-02136 |
| | ) | |
| REIT 4101, LLC, d/b/a Springhill Suites by Marriott Chicago Waukegan/Gurnee | ) ) | Judge Pallmeyer |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action without prejudice and without costs to either party pursuant to the settlement reached between the parties. The dismissal shall automatically convert to a dismissal with prejudice on August 18, 2023 unless a motion to enforce the settlement agreement is filed. Plaintiff requests that the prove-up of damages scheduled for August 24, 2023 [Dkt#10] be stricken.

Respectfully submitted,

HOWARD COHAN

By: /s/*Marshall J. Burt*
His attorneys

Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60605
312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Michael Lacy
Lacy & Associates LLC
930 N. York Road, Suite 212
Hinsdale, Illinois 60521
lacy@lacyassociates.com

by emailing same on July 25, 2023.

/s/ *Marshall J. Burt*
Marshall J. Burt
