# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Howard Cohan

                Plaintiff,

v.                                        Case No.: 1:23−cv−02136
                                                 Honorable Rebecca R. Pallmeyer

REIT 4101, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Plaintiff's Notice of Voluntary Dimissal [12], this case is dismissed without prejudice and without costs to either party pursuant to the settlement reached between the parties. The dismissal shall automatically convert to a dismissal with prejudice on August 18, 2023 unless a motion to enforce the settlement agreement is filed. The August 24, 2023 prove up hearing is stricken. Civil case terminated. Mailed notice. (cp)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.